1  KERSTIN ARUSHA (STATE BAR NO. 182624)
   **LAW FOUNDATION OF SILICON VALLEY**
2  111 West Saint John Street, #315
   San Jose, CA  95113
3  Telephone:  (408) 280-2448
   Facsimile:  (408) 293-0106
4  Email:  kerstina@lawfoundation.org

5  WILLIAMS J. GOINES (STATE BAR NO. 61290)
   KAREN ROSENTHAL (STATE BAR NO. 209419)
6  CINDY HAMILTON (STATE BAR NO. 217951)
   ALISHA M. LOUIE (STATE BAR NO. 240863)
7  **GREENBERG TRAURIG LLP**
   1900 University Avenue, Fifth Floor
8  East Palo Alto, CA 94303
   Telephone:  (650) 328-8500
9  Facsimile:  (650) 328-8508
   Email:  goinesw@gtlaw.com
10          rosenthalk@gtlaw.com
           hamiltonc@gtlaw.com
11          louiea@gtlaw.com

12  Attorneys for Plaintiffs

*E-FILED 5/24/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA A. GARVIN, et al.<br><br>        Plaintiff(s);<br>v.<br><br>LINDA TRAN, et al.<br><br>        Defendants. | Case No.   CV-07-01571 RS<br><br>**STIPULATION RE FILING OF FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER THEREON** |

       Plaintiffs Maria A. Garvin, Jesus Arreola, Antonia Arreola, Rafael M. Bravo, Tomas Hernandez, Martha Hernandez, Juan Ramirez, Maria C. Ramirez, Eugenio Ramos, Columba Ramos, Prospero Torralba and Cirila Torralba, by and through their counsel of record, Greenberg Traurig, LLP and The Law Foundation of Silicon Valley Fair Housing Law Project, and defendants Paul Curiel and Paul Curiel Insurance Agency by and through their counsel of record, Wade & Silverstein,

1   hereby stipulate that with the Court's permission, plaintiffs may file the First Amended Complaint, a
2   copy of which is attached as Exhibit A.
3       The Amendment is necessary for the following reasons:
4       1.    Two additional individuals have come forward and wish to be added as to this case as
5           Plaintiffs.
6   IT IS SO STIPULATED.

Dated:  May 23, 2007

        GREENBERG TRAURIG, LLP

By: /s/ Cindy Hamilton
    William J. Goines
    Karen Rosenthal
    Cindy Hamilton
    Alisha Louie

FAIR HOUSING LAW PROJECT

By: /s/ Kerstin Arusha
    Kerstin Arusha

Attorneys for Plaintiffs

Dated: May 23, 2007

WADE & SILVERSTEIN
a Law Corporation

By: /s/ Amiel Wade
    Amiel Wade

Attorneys for Defendant Paul Curiel and Paul Curiel Insurance Agency

ORDER

IT IS SO ORDERED.

Dated: May 24, 2007.

_____
Magistrate Judge Richard Seeborg

- 2 -   STIPULATION RE FILING FIRST AMENDED COMPLAINT AND PROPOSED ORDER

SV 346160519v1

## ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this Stipulation Re Filing of First Amended Complaint and [Proposed] Order Thereon. In compliance with General Order 45, X.B., I hereby attest that Amiel Wade has concurred in this filing.

Date: May 23, 2007                                          GREENBERG TRAURIG LLP


                                               By:  /s/ William J. Goines
                                                    William J. Goines


## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Attorney for Paul Curiel and Paul Curiel Insurance Agency:
Amiel L. Wade, Esq.
Wade & Silverstein
awade@wadesilverstein.com


                                               By: /s/ William J. Goines
                                                    William J. Goines
                                                    Karen Rosenthal
                                                    Cindy Hamilton

                                               Attorneys for Plaintiffs