**United States District Court**
For the Northern District of California

**\*E-FILED\***
**June 19, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA A. GARVIN, et al.,                    No. C 07-01571 RS

       Plaintiffs,

  v.                                          **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

LINDA TRAN, et al.,

       Defendants.
_____/

Pursuant to the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled matter currently set for June 27, 2007 at 2:30 p.m. is continued to **September 26, 2007 at 2:30 p.m.**

The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **September 19, 2007**.

The Court's original case schedule is hereby amended as follows:

1. The last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan shall be September 5, 2007.

2. The last day to file the Joint ADR certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference shall be September 5, 2007.

3. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement shall be September 19, 2007.

Plaintiff shall immediately serve a copy of this Order on all parties to this action and on any parties subsequently joined in accordance with Fed.R.Civ.P. 4 and 5 and Civil L.R.16-2(a).

Dated:  June 19, 2007

RICHARD SEEBORG
United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Kerstin Arusha     kerstina@lawfoundation.org

Mikela Babayan     mbabayan@wadesilverstein.com

William J. Goines     goinesw@gtlaw.com, sandiferc@gtlaw.com

Karen Rosenthal     rosenthalk@gtlaw.com, sandiferc@gtlaw.com

Judi Leilani Silverstein     judi@wadesilverstein.com

Stephanie Sidra Alexandre Stevens     sastevens@justice.com

Amiel L. Wade     awade@wadesilverstein.com, ccurtis@wadesilverstein.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: June 19, 2007

                                                                            /s/ BAK
Chambers of Magistrate Judge Richard Seeborg