**United States District Court**
For the Northern District of California

1
2
3                                                    ***E-FILED 10/15/07***
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10
11   MARIA GARVIN, et al.,                    No.  C 07-01571 RS
12              Plaintiffs,
13   v.                                       **ORDER SETTING CASE**
                                              **MANAGEMENT CONFERENCE**
14   LINDA TRAN, et al.,
15              Defendants.
     _____/
16
17         A case management conference shall be held on **November 28, 2007 at 2:30 p.m.**  A joint
18   case management conference statement shall be filed no later than November 21, 2007.
19   IT IS SO ORDERED.
20   Dated:  10/15/07
21                                           _____
22                                           RICHARD SEEBORG
                                             United States Magistrate Judge
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

2

3    Kerstin Arusha      kerstina@lawfoundation.org

4    Mikela Babayan      mbabayan@wadesilverstein.com

5    William J. Goines      goinesw@gtlaw.com, sandiferc@gtlaw.com

6    William Cornelius Last , Jr      wclast@lastlawfirm.com

7    Mona Motwani      monam@lawfoundation.org

8    Shawn Robert Parr      shawn@parrlawgroup.com, kathy@parrlawgroup.com,
natalia@parrlawgroup.com, sujata@parrlawgroup.com

9

10   Karen Rosenthal      rosenthalk@gtlaw.com, sandiferc@gtlaw.com

Leo B. Siegel      k9esq@flash.net

11

Judi Leilani Silverstein      judi@wadesilverstein.com

12

Michael E. Stone      mikeestone@yahoo.com

13

Amiel Lee Wade      awade@wadesilverstein.com, ccurtis@wadesilverstein.com

14

15

16   Counsel are responsible for distributing copies of this document to co-counsel who have not
registered for e-filing under the court's CM/ECF program.

17

18   Dated: 10/15/07

19

20                                    /s/ BAK
                                    Chambers of Magistrate Judge Richard Seeborg

21

22

23

24

25

26

27

28