KERSTIN ARUSHA (STATE BAR NO. 182624)
MONA CATHEYWARREN (STATE BAR NO. 229676)
**LAW FOUNDATION OF SILICON VALLEY**
111 West Saint John Street, #315
San Jose, CA 95113
Telephone: (408) 280-2448
Facsimile: (408) 293-0106
Email: kerstina@lawfoundation.org

WILLIAM J. GOINES (STATE BAR NO. 61290)
KAREN ROSENTHAL (STATE BAR NO. 209419)
CINDY HAMILTON (STATE BAR NO. 217951)
ALISHA M. LOUIE (STATE BAR NO. 240863)
**GREENBERG TRAURIG LLP**
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com
       rosenthalk@gtlaw.com
       hamiltonc@gtlaw.com
       louiea@gtlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARIA A. GARVIN, et al.,<br><br>　　　　　Plaintiff(s);<br>v.<br><br>LINDA TRAN, et al.<br><br>　　　　　Defendants. | Case No. CV-07-01571 RS<br><br>**STIPULATION STAYING FORECLOSURE BETWEEN PLAINTIFFS AND DEFENDANT PABLO CURIEL AND DOWNPAYMENT ASSISTANCE AND XXXXXXXXXX ORDER** |

Plaintiffs Maria Garvin, Jesus Arreola, Antonia Arreola, Rafael M. Bravo, Raul Gonzalez, Tomas Hernandez, Martha Hernandez, Juan Ramirez, Maria C. Ramirez, Eugenio Ramos, Columba Ramos, Prospero Torralba, Cirila Torralba, Raul Torres, by and through their counsel of record, Fair Housing Law Project, and Defendants Pablo

Curiel and Downpayment Assistance, by and through their counsel of record, Michael E. Stone, hereby stipulate:

1. Defendants Pablo Curiel and Downpayment Assistance hereby agree to refrain from taking any adverse actions against the Plaintiffs, including foreclosure, as a result of nonpayment on the loans for the duration of this lawsuit provided that each plaintiff keeps the payments on all encumbrances senior to Curiel current and keeps all property taxes and casualty insurance paid current;

2. If any Plaintiff has a valid Notice of Default (NOD) filed against the subject property by a senior lender to Defendant Curiel and said Plaintiff fails to either:

Cure the default amount due to the senior lender within 30 days of the NOD; or

Within said 30 days, reach a written agreement with the senior lender ( a copy of which must be provided to counsel for Defendant Curiel) to forebear on increasing the default amount from the date of the NOD;

Then, Defendant Pablo Curiel may initiate foreclosure proceedings against that particular Plaintiff's subject property for the principal of his loan note, minus any discounts or other fees and minus interest paid plus any amounts advanced on that Plaintiff's behalf toward his or her senior lienholders, and plus his foreclosure fees and costs incurred. No further court ordered will be required.

3. Defendant Pablo Curiel may also pursue foreclosure proceedings if a Plaintiff has not paid property taxes or hazard insurance premiums on the subject property for more than 30 days after being given notice of not being current.

Dated: November 6, 2007

_____
Kerstin Arusha
Attorney for Plaintiffs

Dated: November 6, 2007

_____
Michael E. Stone
Attorney for Def. Pablo Curiel, individually
and doing business as
Downpayment Assistance

ORDER

The above Stipulation is approved and compliance therewith is hereby ordered.

Dated: __November 20_____, 2007.

_____
Magistrate Judge Richard Seeborg