1   ANNETTE D. KIRKHAM (State Bar # 217958)
2   JESSICA FRY (STATE RLSA NO. 800918)
    **FAIR HOUSING LAW PROJECT**
    **LAW FOUNDATION OF SILICON VALLEY**          *E-FILED 7/21/08*
3   111 West Saint John Street, #315
    San Jose, CA  95113
4   Telephone:  (408) 280-2412
    Facsimile:  (408) 293-0106
5   Email: annettek@lawfoundation.org;
    jessicaf@lawfoundation.org;
6
    WILLIAMS J. GOINES (STATE BAR NO. 61290)
7   KAREN ROSENTHAL (STATE BAR NO. 209419)
    CINDY HAMILTON (STATE BAR NO. 217951)
8   ALISHA M. LOUIE (STATE BAR NO. 240863)
    **GREENBERG TRAURIG LLP**
9   1900 University Avenue, Fifth Floor
    East Palo Alto, CA 94303
10  Telephone:  (650) 328-8500
    Facsimile:  (650) 328-8508
11  Email:  goinesw@gtlaw.com; rosenthalk@gtlaw.com
            hamiltonc@gtlaw.com; louiea@gtlaw.com
12
    Attorneys for Plaintiffs Maria A. Garvin,
13  Jesus Arreola, Antonia Arreola, Rafael M. Bravo,
    Tomas Hernandez, Martha Hernandez, Juan Ramirez,
14  Maria C. Ramirez, Eugenio Ramos, Columba Ramos, Prospero
    Torralba, Cirila Torralba, Raul Torres and Raul Gonzalez,
15
16                  UNITED STATES DISTRICT COURT
17                NORTHERN DISTRICT OF CALIFORNIA
18
19  MARIA A. GARVIN, et al.,              Case No.   C07-01571 RS
20                    Plaintiff(s);       **[PROPOSED] ORDER DISMISSING WITH
    v.                                    PREJUDICE PLAINTIFFS' COMPLAINT
21                                        AS TO DEFENDANTS PAUL CURIEL AND
    LINDA TRAN, et. al.                   PAUL CURIEL INSURANCE AGENCY
22                                        ONLY**
                    Defendants.
23
24  AND RELATED CROSS-ACTIONS
25
26
27
28

1    Based on the Stipulation For Dismissal of Action With Prejudice as to Defendants Paul Curiel

2    and Paul Curiel Insurance Agency entered into by and between Plaintiffs Maria A. Garvin, Jesus

3    Arreola, Antonia Arreola, Rafael M. Bravo, Tomas Hernandez, Martha Hernandez, Juan Ramirez,

4    Maria C. Ramirez, Eugenio Ramos, Columba Ramos, Prospero Torralba, Cirila Torralba, Raul Torres

5    and Raul Gonzalez, (collectively, "Plaintiffs"), and Paul Curiel and Paul Curiel Insurance Agency,

6    and good cause appearing therefore,

7    IT IS HEREBY ORDERED that Plaintiffs' action is dismissed with prejudice as to

8    Defendants Paul Curiel and Paul Curiel Insurance Agency.

9    Dated: _____ July 21, 2008

10

11

12    Hon. Richard Seeborg
      United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SV 346,305,393v1 7-18-08