**\*E-FILED 12/4/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA A. GARVIN, et al., | No. C 07-01571 RS |
|     Plaintiffs, | |
|     v. | ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE |
| LINDA TRAN, et al., | |
|     Defendants. | |
| _____/ | |

Based upon the Court's review of the Joint Case Management Conference Statement submitted by the parties, the further case management conference set for December 10, 2008 is VACATED.

A further case management conference shall be held on **February 11, 2009 at 2:30 p.m.** An updated joint case management conference statement shall be filed no later than February 4, 2009.

**IT IS SO ORDERED.**

DATED:   December 4, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Alisha Mei Yuk Louie    louiea@gtlaw.com, henleyr@gtlaw.com

Annette D. Kirkham    annettek@lawfoundation.org

Jessica Lynn Fry    jessicaf@lawfoundation.org, jessicaf@lawfoundation.org, nuemig@lawfoundation.org

Karen Rosenthal    rosenthalk@gtlaw.com, sandiferc@gtlaw.com

Kyra Ann Kazantzis    kyrak@lawfoundation.org

Leo B. Siegel    k9esq@flash.net

Michael E. Stone    mikeestone@yahoo.com

Shawn Robert Parr    shawn@parrlawgroup.com, kathy@parrlawgroup.com, natalia@parrlawgroup.com, sujata@parrlawgroup.com

William Cornelius Last , Jr    wclast@lastlawfirm.com

William J. Goines    goinesw@gtlaw.com, sandiferc@gtlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 12/4/08

                          /s/ BAK
                          Chambers of Magistrate Judge Richard Seeborg