KYRA KAZANTZIS (STATE BAR NO. 154612)
ANNETTE KIRKHAM (STATE BAR NO. 217958)
JESSICA FRY (RLSA NO. 800918)
LAW FOUNDATION OF SILICON VALLEY
111 West Saint John Street, #315
San Jose, CA  95113
Telephone:  (408) 280-2458
Facsimile:  (408) 293-0106
Email:  jessicaf@lawfoundation.org;
kyrak@lawfoundation.org; annettek@lawfoundation.org

WILLIAMS J. GOINES (STATE BAR NO. 61290)
KAREN ROSENTHAL (STATE BAR NO. 209419)
CINDY HAMILTON (STATE BAR NO. 217951)
**GREENBERG TRAURIG LLP**
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone:  (650) 328-8500
Facsimile:  (650) 328-8508
Email:  goinesw@gtlaw.com; rosenthalk@gtlaw.com
         hamiltonc@gtlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. GARVIN, et al.,<br><br>           Plaintiffs;<br>v.<br><br>LINDA TRAN; ABSOLUTE INVESTMENT GROUP, INC., a California corporation doing business as PALACIO MORTGAGE; et al.,<br><br>           Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.   C07-01571 RS<br><br>**DECLARATION OF CINDY HAMILTON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION OF THE REAL ESTATE SETTLEMENT PROCEDURES ACT CLAIM AGAINST NORMA VALDOVINOS**<br><br>Date:      May 27, 2009<br>Time:      9:30 p.m.<br>Dept.:     Courtroom 4, 5th Floor<br>Magistrate Judge Richard Seeborg |

1. I am an attorney at law duly licensed to practice before all courts in the State of California and in the United States District Court, Northern District of California. I am an associate in the law firm of Greenberg Traurig, LLP, one of the attorneys of record for Plaintiffs in this action. I have personal knowledge as to the matters stated herein, except as to those matters stated on information and belief and as to those matter, I believe them to be true. If called upon as a witness, I could and would competently testify thereto.

2. Attached as **Exhibit A** are true and correct copies of excerpts from the deposition of Norma Valdovinos taken on August 12, 2008.

3. Attached as **Exhibit B** is a true and correct copy of the Real Estate Salesperson License and Purchase Contract dated January 30, 2004, marked as Exhibit 18 to the Deposition of Norma Valdovinos taken on August 12, 2008.

4. Attached as **Exhibit C** is a true and correct copy of an advertisement by Norma Valdovinos published in El Aguila, marked as Exhibit 19 to the Deposition of Norma Valdovinos taken on August 12, 2008.

5. Attached as **Exhibit D** is a true and correct copy of Preapproval letter dated February 10, 2006 to Norma Valdovinos and Jesus Chavez from Linda Tran re Torralba, which was marked as Exhibit 35 to the deposition of Norma Valdovinos taken on August 12, 2008.

6. Attached as **Exhibit E** is a true and correct copy of Preapproval letter dated February 10, 2006 to Norma Valdovinos and Jesus Chavez re Torralba, which was marked as Exhibit 37 to the deposition of Norma Valdovinos taken on August 12, 2008.

7. Attached as **Exhibit F** is a true and correct copy of a Preapproval letter dated February 16, 2006 to Norma Valdovinos and Jesus Chavez, which was marked as Exhibit 36 to the deposition of Norma Valdovinos taken on August 12, 2008.

8. Attached as **Exhibit G** is a true and correct copy of HUD-1 Settlement Statement re Eugenio and Columbia Ramos re 1435 Redmond Ave., San Jose, CA, which was marked as Exhibit 34 to the deposition of Norma Valdovinos taken on August 12, 2008.

9. Attached as **Exhibit H** is a true and correct copy of of Preapproval letter dated April 3, 2006 to Norma Valdovinos re Gonzalez, which was marked as Exhibit 39 to the deposition of Norma Valdovinos taken on August 12, 2008.

10. Attached as **Exhibit I** is a true and correct copy of HUD-1 Settlement Statement re Garvin, which was marked as Exhibit 22 to the deposition of Norma Valdovinos taken on August 12, 2008.

11. Attached as **Exhibit J** is a true and correct copy of HUD-1 Settlement Statement re Ramirez, which was marked as Exhibit 29 to the deposition of Norma Valdovinos taken on August 12, 2008

12. Attached as **Exhibit K** is a true and correct copy of MLS listing for 5817 Pentz Way, which was marked as Exhibit 20 to the deposition of Norma Valdovinos taken on August 12, 2008.

13. Attached as **Exhibit L** is a true and correct copy of HUD-1 Settlement Statement re Ramirez, which was marked as Exhibit 41 to the deposition of Norma Valdovinos taken on August 12, 2008.

14. Attached as **Exhibit M** is a true and correct copy of HUD-1 Settlement Statement re Raul Gonzalez, 5427 Vauxhall Circle, San Jose, CA, which was marked as Exhibit 40 to the deposition of Norma Valdovinos taken on August 12, 2008.

15. Attached as **Exhibit N** is a true and correct copy of Supplemental Page to HUD-1 Settlement Statement re Rafael Maldonado Brave, 292 Stonegate, San Jose, CA, which was marked as Exhibit 27 to the deposition of Norma Valdovinos taken on August 12, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at East Palo Alto, California.

Dated: April 22, 2009.

/s/ *Cindy Hamilton*
Cindy Hamilton