# EXHIBIT B

C21-GAR-000164

**STATE OF CALIFORNIA**
**Department of Real Estate**
**REAL ESTATE SALESPERSON LICENSE**

*Norma Valdovinos*

BROKER
QAL AFFILIATES, INC
2680 S WHITE RD STE 150
SAN JOSE, CA 95148

MAILING ADDRESS
5399 BEAUMONT CANYON DR
SAN JOSE, CA 95138

Identification Number 01304708 Issuance Date: February 21, 2005  Expiration Date: February 20, 2009

---

Exhibit No. 18
Date: 8-12-08
Witness: VALDOVINOS
Sandra Bunch, CSR 3032

(Independent Contractor)
THIS IS INTENDED TO BE A LEGALLY BINDING CONTRACT — READ IT CAREFULLY.
CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.) STANDARD FORM

THIS AGREEMENT, made this **30** day of **JANUARY** **2004** ,19___, by and between
**CENTURY 21 GOLDEN HILLS** (hereinafter "Broker") and
**NORMA VALDOVINOS** (hereinafter "Associate Licensee")

IN CONSIDERATION of the respective representations and covenants herein, Broker and Associate Licensee agree and contract as follows:

1. **BROKER:** Broker represents that he/she/it is duly licensed as a real estate broker by the State of California, ☐ doing business as _____
**CENTURY 21 GOLDEN HILLS** (Firm name), ☐ a sole proprietorship, ☐ a partnership, ☒ a corporation
Broker is a member of the **SAN JOSE** Board(s)/Association(s) of REALTORS®, and a Participant in the
**RE INFOLINK** multiple listing service(s).

2. **ASSOCIATE LICENSEE:** Associate Licensee represents that, (a) he/she is duly licensed by the State of California as a ☐ real estate broker, ☐ real estate salesperson, and (b) he/she has not used any other names within the past five years except _____
_____. Broker shall keep his/her/its license current during the term of this agreement. Associate Licensee shall keep his/her license current during the term of this agreement, including satisfying all applicable continuing education and provisional license requirements.

3. **LISTING AND SALES ACTIVITIES:** Broker shall make available to Associate Licensee, equally with other licensees associated with Broker, all current listings in Broker's office, except any listing which Broker may choose to place in the exclusive servicing of Associate Licensee or one or more other specific licensees associated with Broker. Associate Licensee shall not be required to accept or service any particular listing or prospective listing offered by Broker, or to see or service particular parties. Broker shall not restrict Associate Licensee's activities to particular geographical areas. Broker shall not, except to the extent required by law, direct or limit Associate Licensee's activities as to hours, leads, open houses, opportunity or floor time, production, prospects, sales meetings, schedule, inventory, time off, vacation, or similar activities. In compliance with Commissioner's Regulation 2780, et seq. (Title 10, California Code of Regulations, §2780 et seq.), Broker and Associate Licensee shall at all times be familiar with, and act in compliance with, all applicable federal, California and local anti-discrimination laws.

4. **BROKER SUPERVISION:**
   (a) Associate Licensee shall submit for Broker's review:
   i. All documents which may have a material effect upon the rights and duties of principals in a transaction, within 24 hours after preparing, signing, or receiving same. Broker may exercise this review responsibility through another licensee provided the Broker and the designated licensee have complied with Commissioner's Regulation 2725 (Title 10, California Code of Regulations, §2725).
   ii. Any documents or other items connected with a transaction pursuant to this agreement, in the possession of or available to Associate Licensee, (i) immediately upon request by Broker or Broker's designated licensee, and/or (ii) as provided in Broker's Office Policy Manual, if any.
   iii. All documents associated with any real estate transaction in which Associate Licensee is a principal.
   (b) In addition, without affecting Associate Licensee's status, Broker shall have the right to direct Associate Licensee's actions to the extent required by law, and Associate Licensee shall comply with such directions. All trust funds shall be handled in compliance with Business and Professions Code §10145, and other applicable laws.

5. **OFFICE FACILITIES:** Broker shall make available for Associate Licensee's use, along with other licensees associated with Broker, the facilities of the real estate office operated by Broker at **2680 S. WHITE RD. #150 SAN JOSE CA. 95148**
and the facilities of any other office locations made available by Broker pursuant to this agreement.

6. **ASSOCIATE LICENSEE'S EFFORTS:** Associate Licensee shall work diligently and with his/her best efforts, (a) to sell, exchange, lease, or rent properties listed with Broker or other cooperating Brokers, (b) to solicit additional listings, clients, and customers, and (c) to otherwise promote the business of serving the public in real estate transactions to the end that Broker and Associate Licensee may derive the greatest benefit possible, in accordance with law.

7. **UNLAWFUL ACTS:** Associate Licensee shall not commit any act for which the Real Estate Commissioner of the State of California is authorized to restrict, suspend, or revoke Associate Licensee's license or impose other discipline, under California Business and Professions Code Sections 10176 or 10177 or other provisions of law.

8. **LISTING COMMISSIONS:** Commissions shall be charged to parties who desire to enter into listing agreements and other contracts for services requiring a real estate license, with Broker,
   ☐ as shown in "Exhibit A" attached which is incorporated as a part of this agreement by reference, or
   ☐ as follows: _____
   _____

Any proposed deviation from that schedule must be reviewed and approved in advance by Broker. Any permanent change in commission schedule shall be disseminated by Broker to Associate Licensee.

9. **COMPENSATION TO ASSOCIATE LICENSEE:** Associate Licensee shall receive a share of commissions which are actually collected by Broker, on listings and other contracts for services requiring a real estate license which are solicited and obtained by Associate Licensee, and on transactions of which Associate Licensee's activities are the procuring cause,
   ☐ as shown in "Exhibit B" attached which is incorporated as a part of this agreement by reference, or
   ☐ as follows: _____
   _____

The above commissions may be varied by written agreement between Broker and Associate Licensee before completion of any particular transaction. Expenses which must be paid from commissions, or are incurred in the attempt to collect commissions, shall be paid by Broker and Associate Licensee in the same proportion as set forth for the division of commissions.

10. **DIVIDING COMPENSATION WITH OTHER LICENSEES IN OFFICE:** If Associate Licensee and one or more other licensees associated with Broker both participate on the same side (either listing or selling) of a transaction, the commission allocated to their combined activities shall be divided by Broker and paid to them according to the written agreement between them which shall be furnished in advance to Broker.

C21-GAR-000165

... ASSOCIATE LICENSEE EXPENSES ...FEES TO: Associate Licensee shall provide and pay ... professional licenses, supplies, services, and other ite required in connection with Associate Licen...'s activities under this agreement, or any listing or trans...ion, without reimbursement from Broker except as requi by law. If Broker elects to advance funds to pay expenses or liabilities of Associate Licensee, Associate Licensee shall repay to Broker the full amount advan on demand, or Broker may deduct the full amount advanced from commissions payable to Associate Licensee on any transaction without notice.

14. **INDEPENDENT CONTRACTOR RELATIONSHIP:** Broker and Associate Licensee intend that, to the maximum extent permissible by law, (a) this agreem does not constitute a hiring or employment agreement by either party, (b) Broker and Associate Licensee are independent contracting parties with respect to services rendered under this agreement or in any resulting transactions, (c) Associate Licensee's only remuneration shall be his/her proportional share, if a of commissions collected by Broker, (d) Associate Licensee retains sole and absolute discretion and judgment in the methods, techniques, and procedure be used in soliciting and obtaining listings, sales, exchanges, leases, rentals, or other transactions, and in carrying out Associate Licensee's selling and solicit activities, except as required by law or in Broker's Office Policy Manual, (e) Associate Licensee is under the control of Broker as to the results of Associate License work only, and not as to the means by which those results are accomplished except as required by law, or in Broker's Office Policy Manual, if any, (f) this agreem shall not be construed as a partnership, (g) Associate Licensee has no authority to bind Broker by any promise or representation unless specifically authori by Broker in writing, (h) Broker shall not be liable for any obligation or liability incurred by Associate Licensee, (i) Associate Licensee shall not be treated as employee with respect to services performed as a real estate agent, for state and federal tax purposes, and (j) the fact the Broker may carry worker compensat insurance for his/her/its own benefit and for the mutual benefit of Broker and licensees associated with Broker, including Associate Licensee, shall not cre an inference of employment.

15. **LISTINGS AND OTHER AGREEMENTS PROPERTY OF BROKER:** All listings of property, and all agreements for performance of licensed acts, a all acts or actions requiring a real estate license which are taken or performed in connection with this agreement, shall be taken and performed in the name Broker. All listings shall be submitted to Broker within 24 hours after receipt by Associate Licensee. Associate Licensee agrees to and does hereby contrib all right and title to such listings to Broker for the benefit and use of Broker, Associate Licensee, and other licensees associated with Broker.

16. **TERMINATION OF RELATIONSHIP:** Broker or Associate Licensee may terminate their relationship under this agreement at any time, on 24 hours writ notice, with or without cause. Even after termination, this agreement shall govern all disputes and claims between Broker and Associate Licensee connec with their relationship under this agreement, including obligations and liabilities arising from existing and completed listings, transactions, and services.

17. **COMMISSIONS AFTER TERMINATION AND OFFSET:** If this agreement is terminated while Associate Licensee has listings or pending transactic that require further work normally rendered by Associate Licensee, Broker shall make arrangements with another licensee associated with Broker to perfo the required work, or shall perform the work him/herself. The licensee performing the work shall be reasonably compensated for completing work on those listir or transactions, and such reasonable compensation shall be deducted from Associate Licensee's share of commissions. Except for such offset, Associate Licens shall receive his/her regular share of commissions on such sales or other transactions, if actually collected by Broker, after deduction of any other amounts offsets provided in this agreement.

18. **ARBITRATION OF DISPUTES:** All disputes or claims between Associate Licensee and other licensee(s) associated with Broker, or between Associate Licens and Broker, arising from or connected in any way with this agreement, which cannot be adjusted between the parties involved, shall be submitted to the Bo of REALTORS® of which all such disputing parties are members for arbitration pursuant to the provisions of its Bylaws, as may be amended from time to tin which are incorporated as a part of this agreement by reference. If the Bylaws of the Board do not cover arbitration of the dispute, or if the Board declines jurisdicti over the dispute, then arbitration shall be pursuant to the rules of the American Arbitration Association, as may be amended from time to time, which are incorporal as a part of this agreement by reference. The Federal Arbitration Act, Title 9, U.S. Code, Section 1, et seq., shall govern this agreement.

19. **PROPRIETARY INFORMATION AND FILES:** Associate Licensee shall not use to his/her own advantage, or the advantage of any other person, busine or entity, except as specifically provided in this agreement, either during Associate Licensee's association with Broker or thereafter, any information gained from the business or files of Broker. All files and documents pertaining to listings and transactions are the property of Broker and shall be delivered to Brok by Associate Licensee immediately upon request or upon termination of their relationship under this agreement.

20. **INDEMNITY AND HOLD HARMLESS:** All claims, demands, liabilities, judgments, and arbitration awards, including costs and attorney's fees, to which Brok is subjected by reason of any action taken or omitted by Associate Licensee in connection with services rendered or to be rendered pursuant to this agreeme shall be:

☐ Paid in full by Associate Licensee, who hereby agrees to indemnify and hold harmless Broker for all such sums, or
☐ Other:_____

Associate Licensee shall pay to Broker the full amount due by him/her on demand, or Broker may deduct the full amount due by Associate Licensee from commissio due on any transaction without notice.

21. **ADDITIONAL PROVISIONS:** _____

22. **DEFINITIONS:** As used in this agreement, the following terms have the meanings indicated:
(a) "Listing" means an agreement with a property owner or other party to locate a buyer, exchange party, lessee, or other party to a transaction involving re property, a mobile home, or other property or transaction which may be brokered by a real estate licensee, or an agreement with a party to locate or negotia for any such property or transaction.
(b) "Commission" means compensation for acts requiring a real estate license, regardless of whether calculated as a percentage of transaction price, flat fe hourly rate, or in any other manner.
(c) "Transaction" means a sale, exchange, lease, or rental of real property, a business opportunity, or a mobile home which may lawfully be brokered by a re estate licensee, or a loan secured by any property of those types.
(d) "Associate Licensee" means the real estate broker or real estate salesperson licensed by the State of California and rendering the services set forth here for Associate Licensee.

23. **NOTICES:** All notices under this agreement shall be in writing. Notices may be delivered personally, or by certified U.S. mail, postage prepaid, or by facsimil to the parties at the addresses noted below. Either party may designate a new address for purposes of this agreement by giving notice to the other party. Notice mailed shall be deemed received as of 5:00 P.M. on the second business day following the date of mailing.

24. **ATTORNEY FEES:**
In any action, proceeding, or arbitration between Broker and Associate Licensee arising from or related to this agreement, the prevailing party shall, in the discretio of the court or arbitrator, be entitled to reasonable attorney fees in addition to other appropriate relief.

25. **ENTIRE AGREEMENT; MODIFICATION:** All prior agreements between the parties concerning their relationship as Broker and Associate Licensee ar incorporated in this agreement, which constitutes the entire contract. Its terms are intended by the parties as a final and complete expression of their agreeme with respect to its subject matter, and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement. This agreement ma not be amended, modified, altered, or changed in any respect whatsoever except by a further agreement in writing duly executed by Broker and Associate Licenser

BROKER: _/s/_____   ASSOCIATE LICENSEE: _/s/ Norma Valdia_____
(Signature)                                                                  (Signature)

(Name Printed)                                                                (Name Printed)

C21-GAR-000166


Golden Hills

## Addenda 1 to Broker-Salesperson Contract

This agreement is made and entered into this __30__ day of __JAN.__, __2004__ by and between QAL Affiliates, Inc., and Robert Fernandez, Broker, DBA CENTURY 21 Golden Hills, in the county of Santa Clara, State of California, hereinafter referred to as "Broker" and _____NORMA VALDOVINOS_____ hereinafter referred to as the "Licensee" or "Salesperson" or "Agent". This will also apply to and refer to any Broker acting as a salesperson.

WITNESSETH

1. It is agreed that the Salesperson shall abide by the rules and regulations set up by the Broker, or his designee. These shall include, but not limited to, such items as the handling of escrows, floor scheduling, call coordinator legal procedures, canceling or enforcing listings, correspondence, working with approved vendors such as lenders or escrow companies, and any other items as determined from time to time.

2. Salesperson shall furnish their own automobile and will bear all expenses thereof and shall carry public liability and damage insurance satisfactory to the Broker on all motor vehicles operated by the Salesperson. The Salesperson shall insure the Broker as a co-insured. The amount of the insurance shall be determined by the Broker to insure protection from liability. The Salesperson shall be solely responsible for the premiums and costs associated with the automobile insurance. The Salesperson shall provide an endorsement naming the Broker as a co-insured.

3. It is hereby agreed and acknowledged by the Salesperson that he/she is an independent contractor and not an employee, servant, joint venture, or partner of the Broker.

4. The Salesperson shall not encumber the Broker in any manner whatsoever, and shall be responsible for all debts incurred and agree to pay for same if this does occur. The Salesperson shall not have any company bill the Broker or any work, goods or services ordered. Any special requirements, i.e. special signs, riders, forms, advertising, special multiple postings, etc. which is not required by the office shall be paid by the agent. The Salesperson agrees to promptly pay for same if this does occur. Any item ordered by the Broker as a convenience or on behalf of the Salesperson shall remain the responsibility of the Salesperson to pay for such charges. Lost signs or posts shall be paid for by the Salesperson. The Salesperson agrees to have any debts incurred to be deducted from any commissions due if they are not paid in a timely manner

5. From time to time, the majority of the Salespersons may entertain and approve a project which will be of benefit to all Salespersons. The majority shall be those present at the presentation with 51% to those in attendance approving the project. The approval shall also be binding on all and the costs shall also be binding on all. Any bills not paid by the Salespersons will be deducted from the next commission.

12. The Salesperson agrees to us ny company, agency, or others design 1 by the Broker. Should the agent desire to use another company not approved by the Broker, the Salesperson must get approval from the Broker prior to such use. This shall include, but not be limited to, such companies as lenders, escrow, insurance, contractors, etc. The Broker may at his desecration cancel any transactions with suppliers who are not approved. The office may close the office to any unapproved vendors.

13. In the event of a legal dispute in a transaction involving a Salesperson and there is any type of legal expense, the Salesperson shall cooperate fully and abide by any decision that is acceptable to the Broker. The Brokers liability shall be limited to the same proportion as the commission paid or payable should there be any adverse judgments. The Salesperson shall pay any deductible charged by the Errors and Omissions insurance. The Broker shall not be liable for any amount of any adverse judgment should the Salesperson no longer be associated with the company and agrees to protect the Broker to whatever extent necessary should there be an adverse judgment including a personal guarantee for such a judgment. If the Broker anticipates any litigation whatsoever on any transaction where a commission has not been paid to the Salesperson, the Broker reserves the right not to pay the commission until such time as the dispute is resolved in a manner acceptable to the Broker.

14. It is agreed and understood that if any mediation, arbitration or legal action consultation is required in connection with any transaction, the commission split for that transaction will less any legal fees taken from the commission, and the remainder split according to the agents commission split. Should the company contract for any legal risk management, the agent fee shall be paid by the agent. Unpaid legal risk management fees, shall be deducted from the next commission.

15. The Salesperson shall not act as a property manager, either with or without fee, unless the Broker has given written permission. In the event that a Salesperson does act as a property manager, he/she shall be responsible to pay all back fees including company portion of such fees and any franchise fees.

16. Any fees paid by the Salesperson, such as referral fees, gifts, etc. which have not been approved in writing by the Broker shall be deducted from the Salespersons commission. Referral fees to other Real Estate agencies shall be deducted from the gross commissions and the remaining commission paid per the Salespersons commission agreement. Any personal referrals paid shall be deducted from the Salespersons portion of the commission. Under no circumstances will the company portion of personal referrals exceed $300.00. This will be only an optional amount based upon the sole discretion of the Broker.

17. It is understood that an Exclusive Listing is one listed by the Broker on Exclusive Right basis, properly executed by the legal owner.

18. The Salesperson may buy, sell, trade, or otherwise deal in real property for his/her own account whether he/she owns property or not only upon written consent of the Broker.

**CENTURY 21 Golden Hills**
**2680 S. White Road Suite 150**
**San Jose, CA 95148**

Exhibit A

Commission Schedule

1. Welcome to the world of Real Estate Agent
   New agents without prior Real Estate experience and assigned to work with a
   Mentor                                                                  Agent split: 50%

   (This shall remain effective until such time as the agent has gained experienced to work independent of a mentor as determined by the Broker. All new agents will be assigned to a mentor.)

2. Million Dollar Producer
   After the agent earns $50,000 in gross commission.
                                                                           Agent split: 60%

3. Multi-million Dollar Club Producer
   After the agent earns a total of $100,000 in gross commission in any 12 months.
                                                                           Agent split: 70%

4. CENTURY 21 Master Club Producer
   After an agent earns a total of $150,000 in gross commission in any 12 months
                                                                           Agent Split: 75%

5. CENTURY 21 Centurion Producer
        After an agent earns a total of $200,000 in gross commission in a calendar
        year.                                                              Agent Split: 80%

6. CENTURY 21 Double Centurion Producer
   After the agent qualifies as a CENTURY 21 Double Centurion in any a calendar
   year.                                                                   Agent Split: 85%

C21-GAR-000169

7. Mentor Agents
   Agents may earn a bonus commission of up to 25% of the company portion of the commission from new agents transaction by assisting new agents. Agents who have attained CENTURY 21 Master Club Producer level or above may be qualified to become new agent mentors. Bonus commissions shall be paid to the Mentors as follows:

   > Bonus commission to mentor agent based on company dollar less any expenses.   25%

   Mentor agents must have regular monthly meetings with those in their charge to review their goals and objectives, time management, etc. All progress must be reported back to the Broker after each such meeting

Agent: _Mona Valot_  Date: 1/30/04

Starting Commission: 90%

Broker: _[signature]_  Date: 1/30/04

C21-GAR-000170