*E-Filed 5/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA A. GARVIN, et al., | NO. C 07-1571 RS |
| Plaintiffs, | **ORDER RE: CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | |
| LINDA TRAN, et al., | |
| Defendants. | |

In accordance with 28 U.S.C. § 636(c), defendant Jesus Chavez must file his consent or declination to proceed before the undersigned Magistrate Judge by 10:00 a.m. on May 12, 2009. If Chavez declines to consent to the assignment of this case to the undersigned Magistrate Judge, all motion dates will be vacated, and the case will be reassigned to a United States District Judge. If Chavez consents, the motion for adverse factual inferences, the motion to stay the proceedings, and the motion for summary judgment all will be heard on May 27, 2009, at 9:30 a.m.

IT IS SO ORDERED.

Dated: 5/8/09

RICHARD SEEBORG
United States Magistrate Judge

ORDER RE: CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
C 07-1571 RS

1