1  KYRA KAZANTZIS (State Bar # 154612)
   JAMES ZAHRADKA (State Bar # 196822)
2  ANNETTE D. KIRKHAM (State Bar # 217958)
   KIM PEDERSON (State Bar # 234785)
3  DIANA CASTILLO (State Bar # 237281)
   JESSICA FRY (State Bar # 264480 )
4  **FAIR HOUSING LAW PROJECT**
   **LAW FOUNDATION OF SILICON VALLEY**
5  152 N. Third St., 3rd Floor
   San Jose, CA  95112
6  Telephone:  (408) 280-2401
   Facsimile:  (408) 293-0106
7  Email:   kyrak@lawfoundation.org; jamesz@lawfoundation.org
             annettek@lawfoundation.org; kimp@lawfoundation.org
8            dianac@lawfoundation.org; jessicaf@lawfoundation.org

9  WILLIAM J. GOINES (STATE BAR NO. 61290)
   CINDY HAMILTON (STATE BAR NO. 217951)
10 **GREENBERG TRAURIG LLP**
   1900 University Avenue, 5th Floor
11 East Palo Alto, CA 94303
   Telephone:  (650) 328-8500
12 Facsimile:  (650) 328-8508
   Email:   goinesw@gtlaw.com; hamiltonc@gtlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIA A. GARVIN, et al., | Case No.    C07-01571 RS |
|---|---|
| Plaintiffs; | |
| v. | [~~PROPOSED~~] ORDER ON STIPULATION TO CONSENT TO PROCEED FOR ALL PURPOSES WITH  SAN JOSE MAGISTRATE JUDGE HOWARD R. LLOYD |
| LINDA TRAN; ABSOLUTE INVESTMENT GROUP, INC., et al., | |
| Defendants | |
| AND RELATED CROSS-ACTION. | |

After considering the parties' STIPULATION TO CONSENT TO PROCEED FOR ALL

PURPOSES WITH SAN JOSE MAGISTRATE JUDGE HOWARD R. LLOYD, and good cause

appearing there for, this Court orders as follows:

[~~PROPOSED~~] ORDER ON STIPULATION TO CONSENT TO PROCEED FOR ALL PURPOSES WITH SAN JOSE MAGISTRATE JUDGE LLOYD
CASE NO. C07-01571 RS

1

1. In order to ensure that all further proceedings in this matter remain in San Jose, this matter shall be transferred to Magistrate Judge Howard R. Lloyd for all purposes, including trial.

2. This matter shall be referred to Magistrate Judge Patricia Trumbull for a settlement conference prior to her retirement in September 2010. The parties shall contact Judge Trumbull's clerk to schedule the settlement conference.

3. The June 14, 2010 trial date and all associated deadlines are vacated.

4. Judge Lloyd shall schedule a Case Management Conference as soon as possible so that he can issue new deadlines for a discovery cutoff, dispositive motions and pre-trial conference based on a trial date of October 19, 2010 (as proposed by parties in Docket. No. 171), or the earliest date thereafter accommodated by his schedule.

SO ORDERED.

Dated: 5/6/10                         By: _____
                                          Hon. Richard Seeborg
                                          United States District Judge

[PROPOSED] ORDER ON STIPULATION TO CONSENT TO PROCEED FOR ALL PURPOSES WITH SAN JOSE MAGISTRATE JUDGE LLOYD
CASE NO. C07-01571 RS

2