KYRA KAZANTZIS (STATE BAR NO. 154612)
ANNETTE KIRKHAM (STATE BAR NO. 217958)
JESSICA FRY (RLSA NO. 800918)
LAW FOUNDATION OF SILICON VALLEY
152 N. Third Street, 3rd Floor
San Jose, CA  95112
Telephone:  (408) 280-2458
Facsimile:  (408) 293-0106
Email:  jessicaf@lawfoundation.org;
kyrak@lawfoundation.org; annettek@lawfoundation.org

WILLIAMS J. GOINES (STATE BAR NO. 61290)
KAREN ROSENTHAL (STATE BAR NO. 209419)
CINDY HAMILTON (STATE BAR NO. 217951)
**GREENBERG TRAURIG LLP**
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone:  (650) 328-8500
Facsimile:  (650) 328-8508
Email:  goinesw@gtlaw.com; rosenthalk@gtlaw.com
           hamiltonc@gtlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. GARVIN, et al.<br><br>                    Plaintiffs;<br><br>v.<br><br>LINDA TRAN; ABSOLUTE INVESTMENT GROUP, INC., a California corporation doing business as PALACIO MORTGAGE; et al.,<br><br>                    Defendants. | Case No.   C07-01571 HRL (PVT)<br><br>**STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE PATRICIA J. TRUMBULL AND [ xxxxxxxxxx ] ORDER** |

By Order entered and filed on May 7, 2010, the parties in the above-entitled matter were referred to Magistrate Judge Patricia V. Trumbull for a settlement conference. By Notice dated and filed May 24, 2010 [Doc. 183], a Settlement Conference was scheduled with Magistrate Judge Trumbull for July 14, 2010.  As a calendar conflict existed with some of the counsel for the parties with regard to the scheduled date of July 14, Plaintiffs in the above-entitled action by and through their counsel, defendants Linda Tran, Absolute Investment Group dba Palacio Mortgage, Norma

1  Valdovinos, Golden Hills Associates, Inc., dba Century 21 Golden Hills and Jesus Chavez, Pablo
2  Curiel and Tara Home Fiancial Services by and through their respective counsel, and defendant Raya
3  Ghajar, *in propria persona*, hereby stipulate to the rescheduling of the settlement conference with
4  Magistrate Judge Patricia V. Trumbull, from July 14, 2010 to <u>August 4, 2010</u> commencing at 10:00
5  a.m., in Courtroom 5, 4th Floor, of the above-entitled court located at 280 S. First Street, San Jose,
6  California.

8  Dated: June 9, 2010.            GREENBERG TRAURIG, LLP

10                                          /s/ *Cindy Hamilton*
11                                          William J. Goines
                                            Cindy Hamilton
                                            Karen Rosenthal

13                                          FAIR HOUSING LAW PROJECT

14                                          By: /s/ *Jessica Fry*
                                            Kyra Kazantzis
15                                          Annette Kirkham
                                            Jessica Fry

- 2 - STIPULATION RESCHEDULING SETTLEMENT CONFERENCE AND [PROPOSED] ORDER

SV 346,529,477v1 6-7-10

| | | |
|---|---|---|
| 1 | Dated: June 9, 2010 | THE PARR LAW GROUP |
| 2 | | |
| 3 | | By:  /s/ *Shawn Parr*<br>    Shawn Parr, Esq. |
| 4 | | Attorneys for Defendants Linda Tran, Absolute Investment Group dba Palacio Mortgage, Norma Valdovinos, Golden Hills Associates, Inc. dba Century 21 Golden Hills and Jesus Chavez |
| 7 | Dated:  June 9, 2010 | LAST & FAORO |
| 8 | | |
| 9 | | By:  /s/ *Jonathan Browne*<br>    Jonathan Browne |
| 10 | | Attorneys for Defendant Tara Home Financial Services, Inc. |
| 12 | Dated: June 9, 2010. | /s/ *Raya Ghajar*<br>RAYA GHAJAR, *IN PRO PER* |
| 14 | Dated: June 9, 2010 | LAW OFFICE OF MICHAEL E. STONE |
| 15 | | |
| 16 | | By:  /s/ *Michael E. Stone* |
| 17 | | Attorney for Defendant Pablo Curiel |

- 3 - STIPULATION RESCHEDULING SETTLEMENT CONFERENCE AND [PROPOSED] ORDER

*SV 346,529,477v1 6-7-10*

1 **[PROPOSED] ORDER**

2 Good cause appearing therefore,

3 IT IS SO ORDERED.

6 Dated: June 10, 2010

_____
Honorable Patricia V. Trumbull
United States Magistrate Judge

<u>ATTESTATION CLAUSE</u>

I, Cindy Hamilton, am the ECF User whose ID and password are being used to file this STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE PATRICIA J. TRUMBULL AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B. I hereby attest that Jessica Fry, Shawn Parr, Michael E. Stone, Raya Ghajar and Jonathan Browne have concurred in this filing.

Date:  June 9, 2010                           GREENBERG TRAURIG LLP

                                              By:  /s/ *Cindy Hamilton*
                                                   Cindy Hamilton