**\*\* E-filed July 29, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA A. GARVIN, et al., | No. C07-01571 HRL |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES PROPOUNDED ON DEFENDANT GOLDEN HILLS ASSOCIATES, INC.** |
| v. | |
| LINDA TRAN, et al., | |
| Defendants. | **[Re: Docket No. 186]** |

On March 29, Plaintiffs served Defendant Golden Hills Associates, Inc. ("Golden Hills") with special interrogatories. (Docket No. 187, Decl. of Jessica Fry, ¶ 2.) Not having heard from Golden Hills after over thirty days, counsel for Plaintiffs sent a meet-and-confer letter to Golden Hills's counsel on May 5. (*Id*. at ¶ 3.) Plaintiffs again received no response, so they filed a motion to compel to which Golden Hills has failed to oppose. (*Id*.; Docket No. 186.) Pursuant to Civil Local Rule 7-1(b), the Court finds the matter suitable for determination without oral argument, and the August 3, 2010 hearing is vacated.

A party in a civil case may serve written interrogatories on another party, and the responding party must serve its answers and any objections within thirty days. FED. R. CIV. P. 33. Any untimely objection to an interrogatory is waived unless the court finds good cause for excuse. FED. R. CIV. P. 33(b)(4). If no response is made, the propounding party may apply for an order compelling a response. FED. R. CIV. P. 37(a)(3)(B)(iii).

Golden Hills has provided no response whatsoever to Plaintiffs' special interrogatories (which were served over three months ago) or to Plaintiffs' meet-and-confer letter. Having waived any objections and having provided no explanation or opposition, Golden Hills should be compelled to respond. Within ten (10) days of this order, Golden Hills shall fully respond without objection to Plaintiffs' special interrogatories served on March 29.

**IT IS SO ORDERED.**

Dated: July 29, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C07-01571 HRL Notice will be electronically mailed to:**

2 Alisha Mei Yuk Louie alouie@sideman.com
Annette D. Kirkham annettek@lawfoundation.org, teresam@lawfoundation.org
3 Cindy Hamilton hamiltonc@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com
Jessica Lynn Fry jessicaf@lawfoundation.org, nuemig@lawfoundation.org
4 Karen Rosenthal rosenthalk@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com
Kimberly Pederson kimp@lawfoundation.org, teresam@lawfoundation.org
5 Kyra Ann Kazantzis kyrak@lawfoundation.org
Leo B. Siegel k9esq@flash.net
6 Michael E. Stone mikeestone@yahoo.com
Shawn Robert Parr shawn@parrlawgroup.com, donna@parrlawgroup.com
7 William Cornelius Last , Jr wclast@lastlawfirm.com
William J. Goines goinesw@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com

9 **Notice will be sent by other means to:**
Raya Ghajar
10 1101 Salerno Drive
Campbell, CA 95008

12 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**