**\*\* E-filed July 29, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA A. GARVIN, et al., | No. C07-01571 HRL |
| Plaintiffs, | **ORDER GRANTING LAST & FAORO'S MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL** |
| v. | |
| LINDA TRAN, et al., | [Re: Docket No. 188] |
| Defendants. | |

Since September 2007, Defendant Tara Home Financial Services, Inc. ("Tara"), a California corporation, has been represented by the law firm Last & Faoro. (Docket No. 44.) Last & Faoro has now discovered that Tara is currently classified as a "suspended" corporation by the California Secretary of State. (Docket No. 188, Decl. of Jonathan M. Bowne, ¶ 4.) Last & Faoro state that Tara has neither cured its suspended status nor paid its legal fees. (*Id*. at ¶ 4.) For these reasons, Last & Faoro now moves for leave to withdraw as Tara's counsel. It represents that it has either met-and-conferred or attempted to meet-and-confer with the known principals of Tara and has "thoroughly advised" Tara, as a corporation, of its inability to appear *pro se* in this lawsuit. (*Id*. at ¶ 5.) No opposition to Last & Faoro's motion has been filed.

Pursuant to Civil Local Rule 7-1(b), the Court finds the matter suitable for determination without oral argument, and the August 3, 2010 hearing is vacated.

A lawyer in a civil case may not withdraw as the counsel of record until relieved by the court. Civ. L.R. 11-5(a). Under the California Rules of Professional Conduct, a lawyer may withdraw where the client "renders it unreasonably difficult for the [lawyer] to carry out the employment effectively" or "breaches an agreement or obligation to the [lawyer] as to expenses or fees." CAL. RULES OF PROF'L CONDUCT 3-700(C)(1)(d) & (f). Tara has failed to pay its legal fees to Last & Faoro. Moreover, since Tara is a suspended corporation, it lacks the capacity to defend itself in this lawsuit. *Traub Co. v. Coffee Break Service, Inc.*, 425 P.2d 790, 792 (Cal. 1967); *Boyle v. Lakeview Creamery Co.*, 68 P.2d 968, 970 (Cal. 1937); *see* Cal. Rev. & Tax Code § 23301.5 (West 2004). Therefore, Last & Faoro's motion for leave to withdraw as counsel of record for Tara is GRANTED.[1] However, pursuant to Civil Local Rule 11-5(b), the withdrawal is subject to the condition that papers directed to Tara may continue to be served on Last & Faoro for forwarding purposes unless and until Tara appears by other counsel.

**IT IS SO ORDERED.**

Dated: July 29, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Should Tara be reinstated, it is advised that it may not appear *pro se* or through its corporate officers, but must retain new counsel forthwith to represent it in this lawsuit. *See* Civ. L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."). *See also Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); *In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972) ("A corporation can appear in a court proceeding only through an attorney at law.").

**C07-01571 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Alisha Mei Yuk Louie | alouie@sideman.com |
| Annette D. Kirkham | annettek@lawfoundation.org, teresam@lawfoundation.org |
| Cindy Hamilton | hamiltonc@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com |
| Jessica Lynn Fry | jessicaf@lawfoundation.org, nuemig@lawfoundation.org |
| Karen Rosenthal | rosenthalk@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com |
| Kimberly Pederson | kimp@lawfoundation.org, teresam@lawfoundation.org |
| Kyra Ann Kazantzis | kyrak@lawfoundation.org |
| Leo B. Siegel | k9esq@flash.net |
| Michael E. Stone | mikeestone@yahoo.com |
| Shawn Robert Parr | shawn@parrlawgroup.com, donna@parrlawgroup.com |
| William Cornelius Last , Jr | wclast@lastlawfirm.com |
| William J. Goines | goinesw@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com |

**Notice will be sent by other means to:**

Raya Ghajar
1101 Salerno Drive
Campbell, CA 95008

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**