**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
1625 The Alameda, Suite 101
San Jose, California 95126
Telephone: (408)267-4500
Facsimile: (408)267-4535

Attorneys for Defendants,
JESUS CHAVEZ

** E-filed February 10, 2011 **

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| MARIA GARVIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA TRAN, et al.,<br><br>Defendants.<br>AND ALL RELATED CROSS-ACTIONS. | CASE NO.  C 07 01571 HRL<br><br>**STIPULATION AND  ORDER TO BE RELIEVED AS COUNSEL AND JESUS CHAVEZ TO BE SUBSTITUED AS PRO SE** |

**STIPULATION AND ORDER**

On January 4, 2011, undersigned Counsel and Jesus Chavez met and conferred as to this pending action.  Mr. Chavez was informed again as to the pending deposition and the responsibilities required to represent himself in a civil lawsuit. Mr. Chavez acknowledged his responsibilities and has agreed to substitute himself as his own counsel in this action. Undersigned Counsel has agreed and stipulated to the substitution as well.

It is hereby stipulated by the below signed parties to substitute JESUS CHAVEZ as a pro se litigant and relieve SHAWN R. PARR as Counsel of record.

///

///

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

STIPULATION AND ORDER TO SUBSTITUTE COUNSEL
GARVIN, et al. v. TRAN, et al., Case No. C 07 01571 HRL                                           1

| | |
|---|---|
| January 4, 2011 | _____/S/_____<br>SHAWN R. PARR |
| January 4, 2011 | _____/S/_____<br>JESUS CHAVEZ |

IT IS HEREBY ORDERED: The said stipulation is granted and Shawn R. Parr is hereby relieved as counsel for JESUS CHAVEZ and JESUS CHAVEZ shall be substituted in as a pro se litigant. Shawn R. Parr shall provide Plaintiff with JESUS CHAVEZ'S mailing address and telephone number. The order shall be served upon JESUS CHAVEZ and Plaintiff.  The order shall be effective upon said service. Shawn R. Parr shall file a certificate of service of the said order within 15 days of the signing of this order.

Dated: February 10, 2011

_____
HOWARD R. LLOYD
United States Magistrate Judge

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

STIPULATION AND ORDER TO SUBSTITUTE COUNSEL
GARVIN, et al. v. TRAN, et al., Case No. C 07 01571 HRL            2