**\*\* E-filed February 10, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA A. GARVIN, et al.,<br><br>       Plaintiffs,<br>   v.<br><br>LINDA TRAN, et al.,<br><br>       Defendants.<br>_____/ | No. C07-01571 HRL<br><br>**ORDER GRANTING DEFENDANT'S ATTORNEYS' REQUEST TO WITHDRAW**<br><br>[Re: Docket No. 233] |

On February 8, 2011, Michael Stone ("Stone) and Leo Siegel ("Siegel"), counsel for defendant Pablo Curiel ("Curiel"), filed a notice alerting the Court that Stone and Siegel would withdraw as attorneys for Curiel and that Curiel would, from that point forward, represent himself *pro se*. Docket No. 233. Although this notice was signed by both Stone and Curiel, Stone and Siegel may not withdraw from this action without this Court's permission. N.D. Cal. Civ. L. R. 11-5(a). However, as the notice indicates that Curiel agrees to represent himself *pro se*, the Court will allow Stone and Siegel to withdraw as his attorneys.

**IT IS SO ORDERED.**

Dated: February 10, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C07-01571 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Alisha Mei Yuk Louie | alouie@sideman.com |
| Annette D. Kirkham | annettek@lawfoundation.org, teresam@lawfoundation.org |
| Cindy Hamilton | hamiltonc@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com |
| Jessica Lynn Fry | jessicaf@lawfoundation.org, nuemig@lawfoundation.org |
| Karen Rosenthal | rosenthalk@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com |
| Kimberly Pederson | kimp@lawfoundation.org, teresam@lawfoundation.org |
| Kyra Ann Kazantzis | kyrak@lawfoundation.org |
| Leo B. Siegel | k9esq@flash.net |
| Michael E. Stone | mikeestone@yahoo.com |
| Shawn Robert Parr | shawn@parrlawgroup.com, donna@parrlawgroup.com |
| William Cornelius Last, Jr. | wclast@lastlawfirm.com |
| William J. Goines | goinesw@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com |

**Notice will provided by other means to:**

Raya Ghajar
1101 Salerno Drive
Campbell, CA 95008

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2