** E-filed May 4, 2011 **

1  KYRA KAZANTZIS (STATE BAR NO. 154612)
   ANNETTE KIRKHAM (STATE BAR NO. 217958)
2  JESSICA FRY (STATE BAR NO. 264480)
   LAW FOUNDATION OF SILICON VALLEY
3  152 N. Third Street, 3rd Floor
   San Jose, CA  95112
4  Telephone:  (408) 280-2458
   Facsimile:  (408) 293-0106
5  Email:  jessicaf@lawfoundation.org;
   kyrak@lawfoundation.org; annettek@lawfoundation.org
6
   WILLIAMS J. GOINES (STATE BAR NO. 61290)
7  KAREN ROSENTHAL (STATE BAR NO. 209419)
   CINDY HAMILTON (STATE BAR NO. 217951)
8  ALICE CHU (STATE BAR NO. 264990)
   GREENBERG TRAURIG LLP
9  1900 University Avenue, Fifth Floor
   East Palo Alto, CA 94303
10 Telephone:  (650) 328-8500
   Facsimile:  (650) 328-8508
11 Email:  goinesw@gtlaw.com; rosenthalk@gtlaw.com
           hamiltonc@gtlaw.com; chua@gtlaw.com
12
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIA A. GARVIN, et al.<br><br>Plaintiffs;<br>v.<br><br>LINDA TRAN; ABSOLUTE INVESTMENT GROUP, INC., a California corporation doing business as PALACIO MORTGAGE; et al.,<br><br>Defendants. | Case No.   C07-01571 HRL (PVT)<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |
|---|---|

THIS MATTER  comes before the Court upon the stipulation of Plaintiffs Maria A. Garvin, Jesús Arreola, Antonia Arreola, Rafael M. Bravo, Tomas Hernandez, Martha Hernandez, Juan Ramirez, Maria Ramirez, Eugenio Ramos, Columba Ramos, Prospero Torralba, Cirila Torralba, Raul Torres, and Raul Gonzalez ("Plaintiffs") and Defendant Absolute Investment Group, Inc., a California corporation doing business as Palacio Mortgage ("Defendant").

**RECITALS**

1. On March 20, 2007, Plaintiffs filed a complaint in the United States District Court for the Northern District of California entitled Garvin, et al., v. Tran, et al., Case No. C-07-01571 RS. Plaintiffs allegations included claims of housing discrimination, conspiracy, Truth in Lending Act Violations, Real Estate Settlement Procedures Act, negligence, fraud, misrepresentation, or deceit, made with intent to defraud.

2. The Plaintiffs and Defendant hereby stipulate to the entry of, and request the Court to enter, this Stipulated Judgment and Order ("Final Order") to resolve all matters of dispute between them in this action.

**IT IS THEREFORE STIPULATED, AGREED, AND ORDERED** as follows:

3. The foregoing recitals are true and correct.

4. Plaintiffs and Defendant stipulate and agree that factual allegations are undisputed and the debt owed to Plaintiffs in the amount of $50,000 is nondischargeable debt pursuant to 11 U.S.C. section 523, subds. (a)(2)(A), (a)(4), and (a)(6).

5. The Defendant stipulates and agrees to the entry of a nondischargeable judgment in favor of the Plaintiffs and against the Defendants in the amount of $50,000 pursuant to 11 U.S.C. section 523, subds. (a)(2)(A), (a)(4), and (a)(6).

6. Defendant waives all rights to challenge or contest the validity of this Final Order, including those pursuant to California Business and Professions Code Section 10471, et seq.

7. The Parties to this Final Order shall each bear his or its own costs, fees and expenses incurred in connection with the Action and this Final Order.

8. In the event that any provision of this Final Order shall in any respect be declared invalid,

SV 346,591,798v1 11-8-10

illegal or unenforceable, such invalidity, illegality, or unenforceability shall not affect any other term or condition of this Final Order, and this Final Order shall be interpreted as though such invalid, illegal and unenforceable term or condition was not a part hereof.

9. The Parties hereto each affirm and acknowledge that they have read this Final Order and have had the opportunity to have it fully explained by counsel of choice, that they fully understand and appreciate the words and terms used in this Final Order, as well as the effect of those words and terms, and further understand that this is a final compromise, release, and settlement of the matters released herein.  Each party and his/its attorney has carefully and fully reviewed this Final Order and has revised, or has had the opportunity to revise, this Final Order.  Accordingly, the normal rule of construction to the effect that any ambiguities are to be resolved against the drafting party shall not be utilized in the interpretation of this Final Order.

IN WITNESS WHEREOF, the parties hereto have each approved and executed this stipulated judgment and final order on the dates set forth opposite their respective signatures.

Dated: April 29, 2011        /s/_____
                             Maria A. Garvin

Dated: April 29, 2011        /s/_____
                             Jesus Arreola

Dated: April 29, 2011        /s/_____
                             Antonia Arreola

Dated: April 29, 2011        /s/_____
                             Rafael M. Bravo

Dated: April 29, 2011        /s/_____
                             Tomas Hernandez

Dated: April 29, 2011        /s/_____
                             Martha Hernandez

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 29, 2011 | /s/_____<br>Juan Ramirez |
| 3 | | |
| 4 | Dated: April 29, 2011 | /s/_____<br>Maria C. Ramirez |
| 5 | | |
| 6 | Dated: April 29, 2011 | /s/_____<br>Eugenio Ramos |
| 7 | | |
| 8 | Dated: April 29, 2011 | /s/_____<br>Columba Ramos |
| 9 | | |
| 10 | Dated: April 29, 2011 | /s/_____<br>Prospero Torralba |
| 11 | | |
| 12 | Dated: April 29, 2011 | /s/_____<br>Cirila Torralba |
| 13 | | |
| 14 | Dated: April 29, 2011 | /s/_____<br>Raul Torres |
| 15 | | |
| 16 | Dated: April 29, 2011 | /s/_____<br>Raul Gonzalez |
| 17 | | FAIR HOUSING LAW PROJECT |
| 18 | | |
| 19 | Dated: April 29, 2011 | /s/_____<br>Jessica Fry<br>Attorneys for Plaintiffs |
| 20 | | |
| 21 | | |
| 22 | Dated: April 29, 2011 | /s/_____<br>Linda Dung Ngoc Tran<br>Agent for Defendant |
| 23 | | |
| 24 | | PARR LAW GROUP, LLC |
| 25 | | |
| 26 | Dated: April 29, 2011 | /s/_____<br>Shawn Parr<br>Attorney for Defendant |
| 27 | | |
| 28 | | |

- 4 -    STIPULATION FOR ENTRY OF JUDGMENT

SV 346,591,798v1 11-8-10

## ORDER

Based on the foregoing,

IT IS SO ORDERED BY THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.

Dated: __May 4_____, 2011        _____
                                      Honorable Howard Lloyd
                                      United States Magistrate Judge

## ATTESTATION CLAUSE

I, Jessica Fry, am the ECF User whose ID and password are being used to file this STIPULATION FOR ENTRY OF JUDGMENT. In compliance with General Order 45, X.B. I hereby attest that Cindy Hamilton and Jessica Fry have concurred in this filing.

Date:  April 29, 2011                 FAIR HOUSING LAW PROJECT

                                      By:  /s/ Jessica Fry_____
                                           Jessica Fry

SV 346,591,798v1 11-8-10