\*\* E-filed May 4, 2011 \*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. GARVIN, et al.<br><br>         Plaintiffs;<br><br>v.<br><br>LINDA TRAN; ABSOLUTE INVESTMENT GROUP, INC., a California corporation doing business as PALACIO MORTGAGE; et al.,<br><br>         Defendants. | Case No.   C07-01571 HRL<br><br><br>~~[PROPOSED]~~ **JUDGMENT** |

Pursuant to the Stipulation for Entry of Judgment between Maria A. Garvin, Jesus Arreola and Antonia Arreola (the "Arreolas"), Rafael M. Bravo, Tomas Hernandez and Martha Hernandez (the "Hernandez"), Juan Ramirez and Maria C. Ramirez (the "Ramirez"), Eugenio Ramos and Columba Ramos (the "Ramoses"), Prospero Torralba and Cirila Torralba (the "Torralbas"), Raul Torres and Raul Gonzalez (collectively, Garvin, the Arreolas, Bravo, the Hernandez, the Ramirez, the Ramoses, the Torralbas, Torres, and Gonzalez are referred to herein as the "Plaintiffs," each as a "Plaintiff Family") and Defendant Raya Ghajar ("Ghajar"), and the Settlement Agreement and Release of Claims entered into by the parties, the Court renders judgment against Defendant Raya Ghajar as follows:

    1.    Judgment is entered in favor of Plaintiff, Maria A. Garvin, in the sum of One Thousand Dollars ($1,000.00);

    2.    Judgment is entered in favor of Plaintiff Family, Jesus Arreola and Antonia Arreola, in the sum of One Thousand Dollars ($1,000.00);

    3.    Judgment is entered in favor of Plaintiff, Rafael M. Bravo, in the sum of One Thousand Dollars ($1,000.00);

4. Judgment is entered in favor of Plaintiff Family, Tomas Hernandez and Martha Hernandez, in the sum of One Thousand Dollars ($1,000.00);

5. Judgment is entered in favor of Plaintiff Family, Juan Ramirez and Maria C. Ramirez, in the sum of One Thousand Dollars ($1,000.00);

6. Judgment is entered in favor of Plaintiff Family, Eugenio Ramos and Columba Ramos, in the sum of One Thousand Dollars ($1,000.00);

7. Judgment is entered in favor of Plaintiff Family, Prospero Torralba and Cirila Torralba in the sum of One Thousand Dollars ($1,000.00);

8. Judgment is entered in favor of Plaintiff Raul Gonzales in the sum of One Thousand Dollars ($1,000.00); and

9. Judgment is entered in favor of Plaintiff Raul Torres in the sum of One Thousand Dollars ($1,000.00).

10. Each side is to bear its own costs and attorneys fees.

Dated: May 4, 2011.

_____
Honorable Howard R. Lloyd
Magistrate Judge, United States District Court

SV 346,617,937v1 5-3-11