\*\* E-filed May 10, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA A. GARVIN, et al., | No. C07-01571 HRL |
| Plaintiffs, | **ORDER SETTING FURTHER STATUS CONFERENCE** |
| v. | |
| LINDA TRAN, et al., | |
| Defendants. | |

The order that follows is based on the discussion at the May 10, 2011 status conference. As to Defendants who have not been dismissed or who have not had judgment entered against them, Plaintiffs' counsel represented to the Court that: (1) Defendant Linda Tran has declared bankruptcy, so Plaintiffs' claims against her are subject to an automatic stay; (2) Plaintiffs plan to seek default judgments against Defendants Tara Home Financial Services, Inc. and Golden Hills Associates, Inc.; and (3) Defendant Palacio Real Funding Inc. is the same entity as Absolute Investment Group, which has had judgment entered against it. Plaintiffs' counsel also stated that she would contact Defendant Pablo Curiel, who is proceeding pro se, to remind him of his cross-claims.

A further status conference is set for July 19, 2011 at 1:30 p.m. in Courtroom 2, United States District Court, 280 South First Street, San Jose, California.

**IT IS SO ORDERED.**

Dated: May 10, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C07-01571 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Alisha Mei Yuk Louie | alouie@sideman.com |
| Annette D. Kirkham | annettek@lawfoundation.org, teresam@lawfoundation.org |
| Cindy Hamilton | hamiltonc@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com |
| Jessica Lynn Fry | jessicaf@lawfoundation.org, nuemig@lawfoundation.org, teresam@lawfoundation.org |
| Karen Rosenthal | rosenthalk@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com |
| Kimberly Pederson | kimp@lawfoundation.org, teresam@lawfoundation.org |
| Kyra Ann Kazantzis | kyrak@lawfoundation.org |
| Shawn Robert Parr | shawn@parrlawgroup.com, donna@parrlawgroup.com |
| William Cornelius Last, Jr | wclast@lastlawfirm.com |
| William J. Goines | goinesw@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com |

**See General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Jesus Chavez
2825 Dryden Ave.
Gilroy, CA 95020

Pablo Curiel
2633 Glen Hancock Court
San Jose, CA 95148

Raya Ghajar
1101 Salerno Drive
Campbell, CA 95008

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**