\*\* **E-filed July 15, 2011** \*\*

**NOT FOR CITATION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARIA A. GARVIN, et al., | No. C07-01571 HRL |
| Plaintiffs, v. | **ORDER (1) VACATING STATUS CONFERENCE AND (2) SETTING SHOW CAUSE RE: FAILURE TO PROSECUTE** |
| LINDA TRAN, et al., | |
| Defendants. | |

This is a predatory lending action against numerous defendants. In addition to Plaintiffs' claims, in July 2007 Defendant Pablo Curiel filed cross-claims against seven of the defendants. Most of the cross-defendants answered it, but otherwise no further action has been taken.

A pretrial conference had been scheduled for May 10, 2011, but just prior to it the plaintiffs alerted the Court that they were in the process of resolving their claims against each defendant. So, the Court converted the pretrial conference to a status conference, during which Plaintiffs said that they planned to seek default judgments against Defendants Tara Home Financial Services, Inc. and Golden Hills Associates, Inc. Plaintiffs' counsel also stated that she would contact Curiel, who is proceeding *pro se*, to remind him of his cross-claims. The Court set a further status conference for July 19, 2011.

Since then, default was entered against Golden Hills Associates, Inc., but no other action has been taken. Accordingly, Plaintiffs and Curiel are ORDERED to appear on **August 30, 2011 at 10:00 a.m.** in Courtroom 2, Fifth Floor, United States District Court, 280 S. First Street, San Jose,

California, 95113 to show cause why their complaint and cross-complaint should not be dismissed for failure to prosecute. The July 19, 2011 status conference is VACATED.

**IT IS SO ORDERED.**

Dated:   July 14, 2011



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C07-01571 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Alisha Mei Yuk Louie | alouie@sideman.com |
| Annette D. Kirkham | annettek@lawfoundation.org, teresam@lawfoundation.org |
| Cindy Hamilton | hamiltonc@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com |
| Jessica Lynn Fry | jessicaf@lawfoundation.org, nuemig@lawfoundation.org, teresam@lawfoundation.org |
| Karen Rosenthal | rosenthalk@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com |
| Kimberly Pederson | kimp@lawfoundation.org, teresam@lawfoundation.org |
| Kyra Ann Kazantzis | kyrak@lawfoundation.org |
| Shawn Robert Parr | shawn@parrlawgroup.com, donna@parrlawgroup.com |
| William Cornelius Last, Jr | wclast@lastlawfirm.com |
| William J. Goines | goinesw@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com |

**Notice will be mailed to:**

Jesus Chavez
2825 Dryden Ave.
Gilroy, CA 95020

Pablo Curiel
2633 Glen Hancock Court
San Jose, CA 95148

Raya Ghajar
1101 Salerno Drive
Campbell, CA 95008

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**