\*\* **E-filed September 6, 2011** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA A. GARVIN, et al.,<br><br>    Plaintiffs,<br>  v.<br>LINDA TRAN, et al.,<br><br>    Defendants.<br>_____/ | No. C07-01571 HRL<br><br>**ORDER DISMISSING DEFENDANT AND CROSS-CLAIMANT PABLO CURIEL'S CROSS-CLAIMS**<br><br>**[Re: Docket No. 283]** |

This Court held a show cause hearing on August 30, 2011. Docket No. 283. At the hearing, defendant and cross-claimant Pablo Curiel requested that all of his cross-claims (Docket No. 31) be dismissed in their entirety. Id. Accordingly, pursuant to Federal Rule of Civil Procedure 41(c), Curiel's cross-claims are DISMISSED.

**IT IS SO ORDERED.**

Dated: September 6, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C07-01571 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Alisha Mei Yuk Louie | alouie@sideman.com |
| Annette D. Kirkham | annettek@lawfoundation.org, teresam@lawfoundation.org |
| Cindy Hamilton | hamiltonc@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com |
| Jessica Lynn Fry | jessicaf@lawfoundation.org, nuemig@lawfoundation.org, teresam@lawfoundation.org |
| Karen Rosenthal | rosenthalk@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com |
| Kimberly Pederson | kimp@lawfoundation.org, teresam@lawfoundation.org |
| Kyra Ann Kazantzis | kyrak@lawfoundation.org |
| Shawn Robert Parr | shawn@parrlawgroup.com, donna@parrlawgroup.com |
| William Cornelius Last , Jr | wclast@lastlawfirm.com |
| William J. Goines | goinesw@gtlaw.com, sandiferc@gtlaw.com, svlitdock@gtlaw.com |

**Notice will be mailed to:**

Jesus Chavez
2825 Dryden Ave.
Gilroy, CA 95020

Pablo Curiel
2633 Glen Hancock Court
San Jose, CA 95148

Raya Ghajar
1101 Salerno Drive
Campbell, CA 95008

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**