**\*\* E-filed November 16, 2011 \*\***

KYRA KAZANTZIS (STATE BAR NO. 154612)
ANNETTE KIRKHAM (STATE BAR NO. 217958)
JESSICA FRY (STATE BAR NO. 264480)
LAW FOUNDATION OF SILICON VALLEY
152 N. Third Street, 3rd Floor
San Jose, CA  95112
Telephone:  (408) 280-2458
Facsimile:  (408) 293-0106
Email:  jessicaf@lawfoundation.org;
kyrak@lawfoundation.org; annettek@lawfoundation.org

WILLIAMS J. GOINES (STATE BAR NO. 61290)
KAREN ROSENTHAL (STATE BAR NO. 209419)
CINDY HAMILTON (STATE BAR NO. 217951)
ALICE Y. CHU (STATE BAR NO. 264990)
GREENBERG TRAURIG LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone:  (650) 328-8500
Facsimile:  (650) 328-8508
Email:  goinesw@gtlaw.com; rosenthalk@gtlaw.com
           hamiltonc@gtlaw.com; chua@gtlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. GARVIN, et al.,<br><br>            Plaintiffs;<br>v.<br><br>LINDA TRAN; ABSOLUTE INVESTMENT GROUP, INC., a California corporation doing business as PALACIO MORTGAGE; et al.,<br><br>            Defendants. | Case No.   C07-01571 HRL<br><br>**PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANTS LINDA TRAN AND [PROPOSED] ORDER OF DISMISSAL** |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and following settlement of this matter, Plaintiffs Maria A. Garvin, Jesus Arreola, Antonia Arreola, Rafael M. Bravo, Tomas Hernandez, Martha Hernandez, Juan Ramirez, Maria C. Ramirez,

Eugenio Ramos, Columba Ramos, Prospero Torralba and Cirila Torralba, Raul Torres and Raul Gonzalez, dismiss the above-captioned action with prejudice as to Defendant LINDA TRAN <u>only</u>.

                                      GREENBERG TRAURIG, LLP

Date: November 14, 2011.

                                      By:  /s/ *Cindy Hamilton*
                                            William J. Goines
                                            Karen Rosenthal
                                            Cindy Hamilton
                                            Alice Y. Chu

                                      Counsel for Plaintiffs

                                      LAW FOUNDATION OF SILICON VALLEY

Date: November 14, 2011.                By:  /s/ *Jessica Fry*
                                            Kyra Kazantzis
                                            Annette Kirkham
                                            Jessica Fry

                                      Counsel for Plaintiffs

<u>ATTESTATION CLAUSE</u>

I, Cindy Hamilton, am the ECF User whose ID and password are being used to file this PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANTS LINDA TRAN AND [PROPOSED] ORDER OF DISMISSAL.  In compliance with General Order 45, X.B., I hereby attest that Jessica Fry has concurred in this filing.

Date:  November 14, 2011                GREENBERG TRAURIG LLP

                                            By:  /s/ *Cindy Hamilton*
                                                         Cindy Hamilton

### [PROPOSED] ORDER OF DISMISSAL

Plaintiff's action against Defendants Linda Tran is hereby dismissed with prejudice.

Dated:  November 16, 2011 .

                                      Hon. Howard R. Lloyd
                                       Magistrate Judge, United States District Court